Clarence Baumann, appellee, v. Amanda B. Gore, appellant. Gen. No. 40,752.

Opinion filed June 19, 1939.

Wellington G. Brown, for appellant. Errett O. Graham, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Nora M. Froehler, appellant, v. North American Life Insurance Company of Chicago, appellee. Gen. No. 40,473.

Opinion filed June 21, 1939.

McKinley, Price & Quindry, for appellant; William McKinley and Paul E. Price, of counsel. Thomas E. Rooney and Arthur C. Rooney, for appellee; Ferdinand Goss, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

People of the State of Illinois ex rel. Oscar Nelson v. Home Bank and Trust Company. Elsie Mammel, appellant, v. Casimir E. Midowicz, appellee. Gen. No. 40,365.

Opinion filed June 21, 1939.

Chapman & Cutler, for appellant; Roscoe C. Nash, of counsel. Roy D. Keehn and W. M. Keeley, for appellee.

Mr. Justice Burke delivered the opinion of the court.

Marie Mizwinski, individually and as administratrix of estate of John Biernat, deceased, et al., appellees, v. Frank Biernat et al. Appeal of Mary Biernat, appellant. Gen. No. 40,432.

Opinion filed June 21, 1939.

Wachowski & Wachowski, for appellant; Casimer R. Wachowski and Michael Siemanski, of counsel. Earl J. Walker, for appellees.

Mr. Justice Burke delivered the opinion of the court.